Nafiz Cekirge (California Bar No. 255710)
Brian J. Recor (California Bar No. 229091)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: nafiz.cekirge@bryancave.com
       brian.recor@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ, VICTOR ARGUSO, KEVIN CALDERON, SYLVIA CAMACHO, ROSA MARTINEZ, ESTORGIO CARVAJAL, CLORIDNO MIRANDA, CUTBERTO CUTERO, ESPERANZA DE LUNA, RITA DOTSON, DAN GIVENS, ELEAZAR GUERRERO, JOANNN HOFFMAN, JOHN INGHAM, KEN JORGENSON, GARY KLUCK, JULIET LAYNES, JOANNA MARIANO, ANTONIO MARIANO, JOHN MASON, SHARON MATHEWS, MARK OLSON, FAVIO PEREZ, GARY PORTER, ELSA SALAS, ASAF SOLIMANY, CONNIE TALIAFERRO, DIO V. TELMO, DONALD VALDEZ, KIM WARNER AND WILLIAM WELSOME,<br><br>        Plaintiffs,<br>  vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:12-cv-01007-SC<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO RESPOND TO COMPLAINT**<br><br>**[Civ.L.R. 6-1(a)]** |

Plaintiffs Maria Gonzalez, Victor Arguso, Kevin Calderon, Sylvia Camacho, Rosa Martinez, Estorgio Carvajal, Cloridno Miranda, Cutberto Cutero, Esperanza de Luna, Rita Dotson, Dan Givens, Eleazar Guerrero, Joannn Hoffman, John Ingham, Ken Jorgenson, Gary Kluck, Juliet Laynes, Joanna Mariano, Antonio Mariano, John Mason, Sharon Mathews, Mark Olson, favio Perez, Gary Porter, Elsa Salas, Asaf Solimany, Connie Taliaferro, Dio V. Telmo, Donald Valdez, Kim Warner and William Welsome (collectively, "Plaintiffs") and Defendant BANK OF AMERICA, N.A. ("Bank of America") hereby stipulate and agree, by and through their attorneys of record, as set forth below.

1. On February 28, 2012, Plaintiffs filed a complaint in this Court asserting claims for rescission, fraudulent concealment, injunctive relief and wrongful foreclosure on behalf of thirty-one (31) individuals living throughout California, Kentucky and Arizona;

2. On March 22, 2012, Plaintiffs personally served the summons and complaint on Bank of America in Charlotte, North Carolina;

3. On April 12, 2012, the parties filed a stipulation, pursuant to Civil Local Rule 6-1(a), to extend Bank of America's time to respond to the complaint until May 11, 2012;

4. Plaintiffs intend to file an amended complaint by May 18, 2012. If Plaintiffs file an amended pleading, Bank of America will respond to the amended pleading within 30 days of service.

5. If Plaintiffs fail to file an amended complaint by May 18, 2012, **Bank of America will respond to Plaintiffs' complaint by June 1, 2012**.

6. This extension will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

DATED: May 7, 2012     BRYAN CAVE LLP

By: /s/ Nafiz Cekirge
Nafiz Cekirge
Attorney for Defendant BANK OF AMERICA, N.A.

DATED: May 7, 2012     Chance E. Gordon
Attorney for Plaintiffs MARIA GONZALEZ, et al.

*IT IS SO ORDERED*
*Judge Samuel Conti*

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401



I, Nafiz Cekirge, attest that concurrence in the filing of the document has been obtained from Chance E. Gordon, Plaintiffs' counsel in accordance with General Order 45, section X(B).

DATED: May 7, 2012        BRYAN CAVE LLP

By: /s/ Nafiz Cekirge
    Nafiz Cekirge

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401