Nafiz Cekirge (State Bar No. 255710)
Brian J. Recor (State Bar No. 229091)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email:      nafiz.cekirge@bryancave.com
            brian.recor@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ, VICTOR ARGUSO, KEVIN CALDERON, SYLVIA CAMACHO, ROSA MARTINEZ, ESTORGIO CARVAJAL, CLORINDA MIRANDA, CUTBERTO CUTERO, ESPERANZA DE LUNA, DAN GIVENS, ELEAZAR GUERRERO, JOANNN HOFFMAN, JOHN INGHAM, KEN JORGENSON, GARY KLUCK, JULIET LAYNES, JOANNA MARIANO, ANTONIO MARIANO, JOHN MASON, SHARON MATHEWS, MARK OLSON, FAVIO PEREZ, GARY PORTER, ELSA SALAS, ASAF SOLIMANY, CONNIE TALIAFERRO, DIO V. TELMO, DONALD VALDEZ, KIM WARNER AND WILLIAM WELSOME,<br><br>Plaintiffs,<br>vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:12-cv-01007-SC<br><br>**NOTICE OF NON-RECEIPT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:     July 27, 2012<br>Time:     10:00 a.m.<br>Ctrm:     1 – 17th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs Maria Gonzalez, Victor Arguso, Kevin Calderon, Sylvia Camacho, Rosa Martinez, Estorgio Carvajal, Clorinda Miranda, Cutberto Cutero, Esperanza de Luna, Dan Givens, Eleazar Guerrero, Joannn Hoffman, John Ingham, Ken Jorgenson, Gary Kluck, Juliet Laynes, Joanna Mariano, Antonio Mariano, John Mason, Sharon Mathews, Mark Olson, Favio Perez, Gary Porter, Elsa Salas, Asaf Solimany, Connie Taliaferro, Dio V. Telmo, Donald Valdez, Kim Warner and William Welsome (collectively "Plaintiffs"), have neither filed nor served an opposition to defendant Bank of America, N.A.'s ("Defendant") Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion"). Defendant filed the Motion on June 14, 2012 [Dkt No. 17].

Plaintiffs were required to file and serve any opposition by June 28, 2012, pursuant to Civil Local Rule 7-3 (requiring service and filing "not more than 14 days after the motion was filed"). As of the filing of this reply on July 5, 2012, Plaintiffs have not filed an opposition or written statement of nonopposition (according to this Court's online docket) nor has Defendant received one directly from Plaintiffs.

Plaintiffs' failure to oppose the Motion is a tacit acknowledgement that the Motion has merit is tantamount to consent to entry of the order. Accordingly, and for all the reasons set forth in the moving papers, Defendant hereby requests that its Motion be granted, that the hearing be vacated and that any forthcoming papers or arguments by Plaintiffs be rejected as untimely.

DATED: July 5, 2012

**BRYAN CAVE LLP**

By: /s/ Brian J. Recor
 Brian J. Recor
Attorneys for Defendant
BANK OF AMERICA, N.A.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On July 5, 2012, I served the following documents in the within action as follows, described as: **NOTICE OF NON-RECEIPT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT,** on the interested party(ies) in this action, as follows:

Chance E. Gordon
The Gordon Law Firm
Miracle Mile Tower
5455 Wilshire Blvd., Suite 2025
Los Angeles, CA 90036
323-933-6088
323-933-6090

☐ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (BY CM/ECF) The document was served via The United States District Court –Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

☒ (BY OVERNIGHT DELIVERY) - Depositing copies of the above document(s) in a box or other facility regularly maintained by UPS, in an envelope or package designated by the United Parcel Service with delivery fees paid or provided for.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 5, 2012 at Santa Monica, California.

/s/ Alicia Moore
Alicia Moore